STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

Michelle A. Breaux                    Ralph Jerone Williams
Attorney at Law                       Attorney at Law
P. O. Box 747                         P. O. Box 747
Lake Charles LA 70602                 Lake Charles LA 70602

REHEARING ACTION: February 26, 2014

Docket Number: 13   00056-CW

SUCCESSION OF OLEAVA K. KNIGHTON

Writ Application from Calcasieu Parish Case No. 50,559

BEFORE JUDGES:

Hon. Sylvia R. Cooks
Hon. John D. Saunders
Hon. Marc T. Amy

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Weldon C. Knighton** has this day been

DENIED.

cc: George Vincent Perez, Jr., Counsel for  the Respondent